UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBIN G. MICHALAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Cause No. 2:20-CV-276-PPS-JPK |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Kolar relating to Plaintiff Robin G. Michalak's Complaint filed against the Social Security Administration for denying her claim of disability insurance benefits pursuant to 28 U.S.C. §636(b)(1)(B).  [DE 25.]  Judge Kolar recommends that the Court reverse the decision of the Social Security Administration and remand for further proceedings. Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation regarding Plaintiff Robin G. Michalak's Complaint against the Social Security Administration denying her claim of disability insurance benefits, to which no objection has been filed, the Court hereby **ADOPTS** the findings and recommendation [DE 25] in their entirety.

The ALJ's decision to deny Robin G. Michalak's application for Social Security disability insurance benefits is **REVERSED AND REMANDED** consistent with the findings and recommendations. [DE 25.]

SO ORDERED on January 5, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT